[No. 23272-3-II.    Division Two.    July 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY P. TOMASELLO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01655-0, Edwin L. Poyfair, J., entered April 28, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 23528-5-II.    Division Two.    July 2, 1999.]

*In the Matter of the Marriage of* HEIDI SOWARDS, *Appellant*, and WILLIAM V. SOWARDS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-3-01506-4, Roger A. Bennett, J., entered June 5, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23921-3-II.    Division Two.    July 2, 1999.]

DON WOLPH, ET AL., *Respondents*, v. ANTHONY KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-2-00382-9, James B. Sawyer II, J., entered September 22, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 38005-2-I.    Division One.    July 6, 1999.]

*In the Matter of* ROBERT A. BURTON.

CRAIG WOLLAM, *Respondent*, v. SHARITA A. BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-5-01493-0, Liem E. Tuai, J., entered December 13, 1995. *Reversed* by unpublished per curiam opinion.